In the Matter of the Application of AVERILL CAVAGNARO and FLORENCE TRETTEL for a Determination as to the Construction and Effect of the Disposition of Property Contained in the Last Will and Testament of ZENAS WARREN, Deceased. LOUISA KREMP, Appellant; AVERILL CAVAGNARO, FLORENCE TRETTEL and ELIZA J. FIELD, Respondents.— Decree of the Surrogate's Court, Suffolk county,

construing the will of Zenas Warren and directing the disposition of a fund of $5,790.06, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.